DISTRICT JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-0362-MJP (06-539M) |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER EXTENDING TIME FOR INDICTMENT |
| JUAN PRIETO-PEREZ, ) | |
| Defendant. ) | |

WHEREAS, the parties have filed a stipulation pursuant to 18 U.S.C. § 3161(h)(8)(A) extending the time for indictment in this case until December 4, 2006; and

The Court FINDS that extending the time for indictment in this case would allow the parties to complete discovery, would allow the defense to fully explore defenses in the case, and would thereafter allow the parties to conclude plea negotiations that the parties believe may well resolve this case in a manner desirable to both parties; and

The Court further FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by extending the time for indictment in this case outweigh the interest of the public and of the defendant in a more speedy indictment in this matter; now, therefore,

ORDER EXTENDING TIME FOR INDICTMENT - 1
(Juan Prieto-Perez; CR06-0362-MJP)

Federal Public Defender
1601 FIFTH AVENUE, SUITE 700
SEATTLE, WASHINGTON 98101
(206) 553-1100

IT IS ORDERED that the time for indictment in this case shall be extended until December 4, 2006, and that the period of time from November 3, 2006, up to and including December 4, 2006, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A).

DONE this <u>26th</u> day of October, 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ JAY W. STANSELL
Attorney for Juan Prieto-Perez
Federal Public Defender
WSBA No. 18752
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Jay_Stansell@fd.org


s/ DONALD RENO
Assistant United States Attorney
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, WA 98101-3903
Telephone: (206) 553-4439
Fax: (206) 553-0755
Don.Reno@usdoj.gov

ORDER EXTENDING TIME FOR
INDICTMENT         - 2
(Juan Prieto-Perez; CR06-0362-MJP)

Federal Public Defender
1601 FIFTH AVENUE, SUITE 700
SEATTLE, WASHINGTON 98101
(206) 553-1100