**UNITED STATES DISTRICT COURT**
**for the WESTERN DISTRICT of WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>                          Plaintiff,       )<br>                                                          )<br>          vs.                                         )<br>                                                          )<br> JUAN PRIETO-PEREZ,                     )<br>                                                          )<br>                          Defendant.   ) | **CR06-362 MJP**<br><br>**ORDER EXTENDING**<br>**TIME FOR INDICTMENT** |

IT IS ORDERED that the time for indictment in this case shall be extended until January 3, 2007, and that the period of time from December 4, 2006, up to and including January 3, 2007, shall be excludable time under 18 U.S.C. §3161(H)(8)(A).

Dated this 5th day of December , 2006

/S/ JAMES P. DONOHUE
United States Magistrate Judge

**ORDER EXTENDING**
  **TIME FOR INDICTMENT**